UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE LANDIS,<br><br>      Plaintiff(s),<br><br>v.<br><br>31-05 ASTORIA BLVD DINER CORP., et al.,<br><br>      Defendant(s). | 23-CV-8949 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 8, 2023, the Court ordered the parties to file a joint status letter and proposed case management plan by November 30, 2023. *See* ECF No. 5. That submission is now overdue, and no Defendant has appeared.

Accordingly, the initial pretrial conference scheduled for December 7, 2023, is adjourned to **January 4, 2024, at 10:30 a.m. (E.T.)**. The parties shall submit their joint status letter and proposed case management plan, as directed by the Court's Order at ECF No. 5, by **December 28, 2023**. If no Defendant has appeared by said date, Plaintiff is directed to file on ECF a letter that shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

  SO ORDERED.

Dated: December 1, 2023
   New York, New York

                    DALE E. HO
                    United States District Judge