UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE LANDIS,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>31-05 ASTORIA BLVD DINER CORP., et al,<br><br>　　　　　　　　Defendant(s). | 23-CV-8949 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　IT IS HEREBY ORDERED that the initial pretrial conference scheduled for January 4, 2024, is ADJOURNED *sine die*. Within thirty (30) days of publication of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

　　IT IS FURTHER ORDERED that within forty-five (45) days of publication of this Order, unless they have reached a settlement, the parties must submit a joint letter and proposed case management plan, per the Court's instructions at ECF No. 5. The parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference (and indicate mutually convenient dates for the parties).

　　IT IS FURTHER ORDERED that in the event the parties reach a settlement in principle, they shall notify the Court immediately.

Dated: December 22, 2023　　　　　　　　　　　　SO ORDERED.
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge