UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE LANDIS,<br><br>                    Plaintiff(s),<br><br>v.<br><br>31-05 ASTORIA BLVD DINER CORP., et al,<br><br>                    Defendant(s). | 23-CV-8949 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    On November 8, 2023, the Court ordered the parties to file a joint status letter and proposed case management plan by November 30, 2023. *See* ECF No. 5. That submission was never filed. Accordingly, on December 1, 2024, the Court adjourned the initial pretrial conference scheduled for December 7, 2023, to January 4, 2024, at 10:30 a.m. (E.T.). ECF No. 6. On December 22, 2023, the Court adjourned the initial pretrial conference *sine die* and directed the parties to file a joint letter and proposed case management plan within 45 days (i.e., by February 5, 2024). That deadline has now passed, and no submission has been filed.

    It is hereby ORDERED that the parties shall file a joint status letter and proposed case management plan, as instructed by the Court's Order at ECF No. 5, by **February 8, 2024**. In addition to discussing the points outlined at ECF No. 5, the letter shall state (1) whether Plaintiff has had any contact with the non-appearing Defendant (listed on ECF as "The Thomas Anagnostopoulo Family Trust"), and (2) whether the parties have complied with the Court's Order at ECF No. 8 to meet and confer in good faith for at least one hour to discuss settlement.

    Plaintiff is on notice that failure to prosecute her case may result in dismissal. Both parties are on notice that failure to comply with the Court's Orders may result in sanctions.

SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                            DALE E. HO
                                United States District Judge