UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE LANDIS,<br><br>       Plaintiff(s),<br><br>    v.<br><br>ASTORIA BLVD. DINER CORP., et al.,<br><br>       Defendant(s). | 23-CV-8949 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On November 8, 2023, the Court ordered the parties to file a joint status letter and proposed case management plan by November 30, 2023. *See* ECF No. 5. That submission was never filed. Accordingly, on December 1, 2024, the Court adjourned the initial pretrial conference scheduled for December 7, 2023, to January 4, 2024, at 10:30 a.m. (E.T.). ECF No. 6. On December 22, 2023, the Court adjourned the initial pretrial conference *sine die* and directed the parties to file a joint letter and proposed case management plan within 45 days (i.e., by February 5, 2024). On February 5, 2024, the parties requested a 14-day extension to submit a scheduling order or to file a notice of settlement. ECF No. 11. The Court granted that request, extending the parties' deadline to February 21, 2024. ECF No. 12. That date has now passed, and the parties have not filed a submission. Additionally, named Defendant "The Thomas Anagnostopoulo Family Trust" has yet to appear.

  By **February 26, 2024**, Plaintiff shall file a joint status letter with the Court. The letter shall state (1) whether Plaintiff has had any contact with Defendant The Thomas Anagnostopoulo Family Trust, and (2) whether the parties have reached a settlement in principle. If the parties have not settled, the parties shall file a joint status letter and proposed case management plan in compliance with the Court's Order at ECF No. 5.

Plaintiff is once again on notice that failure to prosecute her case may result in dismissal. Both parties are once again on notice that failure to comply with the Court's Orders may result in sanctions.

SO ORDERED.

Dated: February 22, 2024
New York, New York

DALE E. HO
United States District Judge